1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11 | SAHEL ONCOLOGY, LLC,

12 | Plaintiff,

13 | v.

14 | STA PHARMACEUTICAL HONG
LIMITED,

15

16 | Defendant.

Case No. 23-cv-1458-BAS-DDL

**ORDER GRANTING JOINT
MOTION FOR LEAVE TO AMEND
COMPLAINT (ECF No. 25)**

17

18    Presently before the Court is parties' joint motion to grant Plaintiff leave to file a

19 First Amended Complaint against Defendant STA Pharmaceutical Hong Kong Limited.

20 (ECF No. 25.)

21    "In general, a court should liberally allow a party to amend its pleading." *Sonoma*

22 *Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing

23 Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan*, *Inc.*, 244 F.3d 708,

24 712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so

25 requires.'").  Further, a party may amend its pleading without a court order where the

26 opposing party consents in writing.  Fed. R. Civ. P. 15(a)(2).

27    Here, considering (i) the broad policy favoring amendments to pleadings and (ii)

28 the parties' joint motion, which indicates Defendant's consent to the amendment, the Court

- 1 -

23cv1458

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GRANTS** the joint motion for leave to file a First Amended Complaint.  (ECF No. 25.)
Plaintiff shall file its First Amended Complaint on or before **October 16, 2023**.  Defendant
shall file a responsive pleading on or before **November 6, 2023**.

    **IT IS SO ORDERED.**

**DATED: October 6, 2023**

Hon. Cynthia Bashant
United States District Judge

23cv1458